**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Otis WALKER, a.k.a. OT,**
**Defendant–Appellant.**

**No. 10–14713**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 5, 2012.

Adam S. Fels, Wifredo A. Ferrer, U.S. Attorney, Daren Grove, Andrea G. Hoffman, Alison Whitney Lehr, Anne R. Schultz, Cynthia R. Wood, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Gary Kollin, Gary Kollin, PA, Fort Lauderdale, FL, for Defendant–Appellant.

Otis Walker, Coleman, FL, pro se.

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Gary Kollin, appointed counsel for Otis Walker in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Walker's conviction and sentence are **AFFIRMED.**